# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Cubic Defense Applications, Inc. | ) | ASBCA No. 58519 |
| | ) | |
| Under Contract Nos. N00039-03-C-0024 | ) | |
| N00039-12-C-0084 | ) | |

APPEARANCES FOR THE APPELLANT: Paul F. Khoury, Esq.
Tracye Winfrey Howard, Esq.
Wiley Rein LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Ellen M. Evans, Esq.
David Koman, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 26, 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58519, Appeal of Cubic Defense Applications, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals